Robert A. Mautino
Mautino & Mautino
California State Bar No. 54071
1059 10th Avenue
San Diego, CA 92101
Telephone: (619) 235-9177
E-Mail: bob@mautino.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Marc Mischkind

    Plaintiff
  -vs-

Michael Chertoff, Secretary,
Emilio Gonzalez, Director,
Christina Poulos, Director,
Department of Homeland Security
and Michael Mukasey, Attorney
General

    Defendants

No.

'08 CV 693    W WMc

COMPLAINT FOR RELIEF
IN THE NATURE OF MANDAMUS

CIS No.: A98 210 355

Plaintiff, by his Attorney, complaining of Defendants alleges as follows:

1. Plaintiff Marc Mischkind is an individual who resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. 1186a(a) and 8 C.F.R. 216.4(a)(1).

2. Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Emilio Gonzalez is the Director of the bureau of Citizenship and Immigration Services (CIS) within the DHS. Christina Poulos is the Director of the California Service Center (CSC) of the CIS and Michael Mukasey is the Attorney General of the United States. All Defendants are sued herein in their official capacities. Plaintiff

is informed and believes, and thereon alleges, that all Defendants have a role in the adjudication of petitions for the removal of the conditional status which presently pertains to Plaintiff's status as a lawful permanent resident of the United States.

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1361, 28 U.S.C. 1651and 5 U.S.C. 701 et seq., and relief is requested pursuant to said statutes.

4. Prior to the events giving rise to this lawsuit, the Defendants had approved Plaintiff's application for lawful permanent residence on a conditional basis in accord with the requirements of 8 U.S.C. 1186a. His application was granted on September 16, 2004 and was made valid until September 16, 2006.

5. In 2006, the Plaintiff and his United States citizen wife timely filed a "Petition to Remove Conditions on Residence" [form I-751]. Defendants or their agents interviewed Plaintiff on his I-751 petition on May 2, 2007. His petition was approved on that date pending legal review. Thereafter, upon inquiry, Plaintiff learned that his petition was awaiting completion of certain security checks.

6. On February 12, 2008, the Plaintiff was informed that the security checks had not been completed as of that date. The Defendants would not reveal how much longer the security process would take.

7. The Defendants have a duty to adjudicate the Plaintiff's I-751 application under 8 U.S.C. 1186a and 8 C.F.R. 216.4(a)(1). The Plaintiff is informed and believes, and thereon alleges that the Defendants are not moving forward with the adjudication process as they are required to do and that they are taking no steps to adjudicate the Plaintiff's petition.

8. The Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accord with the law.

9. Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

10. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. 701 <u>et seq.</u>, are unlawfully withholding or unreasonably delaying action on the Plaintiff's I-751 application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

WHEREFORE, Plaintiff prays:

A. That the Defendants be ordered to process Plaintiff's I-751 petition without delay,

B. That the Defendants be ordered to adjudicate the Plaintiff's petition, and

C. For such other and further relief as to this Court may seem proper.

Dated: April 15, 2008

_____
Robert A. Mautino
Mautino & Mautino
Attorney for Plaintiff

```
            UNITED STATES
           DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
               SAN DIEGO DIVISION

             #  149824    -  SH

             April 16, 2008
                15:01:42

            Civ Fil Non-Pris
    USAO #.: 08CV0693
    Judge..: THOMAS J WHELAN
    Amount.:                    $350.00 CK
    Check#.: BC10758


         Total->   $350.00


    FROM: MISCHKIND V. CHERTOFF
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Marc Mischkind

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Robert A. Mautino
Mautino and Mautino   (619) 235-9177
1059 10th Ave., San Diego, CA 92101

## DEFENDANTS
Michael Chertoff, Secretary, et al.

08 APR 16 PM 2:54

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): '08 CV 693 W WMc

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S.C. 1186a

Brief description of cause:
Action in mandamus to compel government action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE ___ DOCKET NUMBER ___

DATE: April 15, 2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 149824   AMOUNT $350   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

sa 4/16/08