# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Marc Mischkind

vs

Michael Chertoff, Secretary,
Emilio Gonzalez, Director,
Christina Poulos, Director,
Department of Homeland Security
and Michael Mukasey, Attorney
General

FILED
08 APR 16 PM 2:54
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 693 W WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert A. Mautino
Mautino and Mautino
1059 10th Avenue
San Diego, CA 92101

(619) 235-9177

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By A. Victoric, Deputy Clerk

4/16/08
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)