1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARC MISCHKIND, | Case No. 08cv0693 W (WMc) |
|---|---|
| Plaintiff, | |
| v. | JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING |
| MICHAEL CHERTOFF, Secretary; EMILIO GONZALEZ, Director; CHRISTINA POULOS, Director, Department of Homeland Security; and MICHAEL MUKASEY, Attorney General, | [Fed.R.Civ.P. 6(b)(1)] |
| Defendants. | |

COME NOW THE PARTIES, Plaintiff Marc Mischkind, by and through counsel, Robert A. Mautino, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants' responsive pleading. The parties are working toward an extrajudicial resolution of Plaintiff's complaint, and the parties have agreed that additional time is required before Defendants' filing of any responsive pleading in order to pursue resolution of Plaintiff's claims without the intervention of the Court. In order to address Plaintiff's claims and without waiving Defendants' rights to defend the causes of actions and allegations, including the right to file any FED. R. CIV. P. 12 motions to dismiss, the parties jointly request this extension of time. Based upon the

//

1  foregoing, it is respectfully requested that the Court enter an order, under FED. R. CIV. P. 6(b)(1),
2  expanding the time for the filing of Defendants' responsive pleading until **August 15, 2008**.

4       DATED: June 11, 2008         s/ Robert A. Mautino

5                                                  ROBERT A. MAUTINO
                                                Attorney for Plaintiff
6                                                  E-Mail: bob@mautino.org

7       Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
8  of the United States District Court for the Southern District of California, I certify that the content of
9  this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from
10 Robert A. Mautino to affix his electronic signature to this document.

12      DATED: June 11, 2008         KAREN P. HEWITT
                                                  United States Attorney

13                                                 s/ Caroline J. Clark

15                                                CAROLINE J. CLARK
                                               Assistant United States Attorney
                                               Attorneys for Defendants
16                                                E-Mail: caroline.clark@usdoj.gov