# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MARC MISCHKIND, | CASE NO: 08-CV-0693 W (WMC) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 3]** |
| v. | |
| MICHAEL CHERTOFF, Secretary; et al., | |
| Defendants. | |

Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 3). Defendants' responsive pleading is due on or before August 15, 2008.

**IT IS SO ORDERED.**

DATED: June 13, 2008

_____
Hon. Thomas J. Whelan
United States District Judge