Robert A. Mautino
Mautino and Mautino
California State Bar No. 54071
1059 10th Avenue
San Diego, CA 92101
Telephone: (619) 235-9177
E-Mail: bob@mautino.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marc Mischkind ) | |
| ) | No. 08-cv-0693-W (WMc) |
| Plaintiff ) | |
| ) | |
| -vs- ) | VOLUNTARY DISMISSAL OF ACTION |
| ) | |
| Michael Chertoff, et al. ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

 WHEREAS, the Plaintiff complained in his action that the Defendants had delayed unreasonably the adjudication of his form I-751 Petition to Remove Conditions on Residence, and

 WHEREAS, the Defendants' counsel has reported to counsel herein that the Petition in question has now been approved, and

 WHEREAS, Defendants' counsel has provided a copy of the approval stamp on the Petition in question, and

 WHEREAS, Plaintiff's counsel accepts the representations of Defendants' counsel that the Petition has been approved, and

 WHEREAS, this matter is now moot, and

 WHEREAS, Defendants have not answered the complaint or otherwise appeared in

this action,

   NOW, THEREFORE, the Plaintiff, through counsel, voluntarily dismisses this action pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk is requested to enter said dismissal in the records of the District Court.

Dated: August 7, 2008                                s/Robert A. Mautino
                                                              Robert A. Mautino
                                                              Mautino and Mautino
                                                              Attorneys for Plaintiff