Robert A. Mautino
Mautino and Mautino
California State Bar No. 54071
1059  10th Avenue
San Diego, CA 92101
Telephone:  (619) 235-9177
E-Mail:  bob@mautino.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Marc Mischkind                    )
                                  )    No. 08-cv-0693-W (WMc)
            Plaintiff             )
                                  )
        -vs-                      )    VOLUNTARY DISMISSAL OF ACTION
                                  )
Michael Chertoff, et al.          )
                                  )
            Defendants            )
_____)

    WHEREAS, the Plaintiff complained in his action that the Defendants had delayed

unreasonably the adjudication of his form I-751 Petition to Remove Conditions on

Residence, and

    WHEREAS, the Defendants' counsel has reported to counsel herein that the

Petition in question has now been approved, and

    WHEREAS, Defendants' counsel has provided a copy of the approval stamp on the

Petition in question, and

    WHEREAS, Plaintiff's counsel accepts the representations of Defendants' counsel

that the Petition has been approved, and

    WHEREAS, this matter is now moot, and

    WHEREAS, Defendants have not answered the complaint or otherwise appeared in

this action,

NOW, THEREFORE, the Plaintiff, through counsel, voluntarily dismisses this action pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Clerk is requested to enter said dismissal in the records of the District Court.


Dated:  August 7, 2008                                    s/Robert A. Mautino
                                                          Robert A. Mautino
                                                          Mautino and Mautino
                                                          Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Marc Mischkind | ) | |
| | ) | No. 08-cv-0693-W (WMc) |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Michael Chertoff, et al. | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

   I, Robert A. Mautino, am a citizen of the United States and am at least eighteen years of age.  My business address is 1059  10th Avenue, San Diego, CA 92101.

   I am not a party to the above-entitled action.  I have caused service of **VOLUNTARY DISMISSAL OF ACTION** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Karen P. Hewitt, United States Attorney
Caroline Clark, Assistant United States Attorney
Counsel for Defendants
E-mail:  Caroline.Clark@usdoj.gov

   I hereby certify that I have caused to be mailed the foregoing by the United States Postal Service to the following non-ECF participants on this case:  None, the last known address at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2008

                           s/Robert A. Mautino
                           Robert A. Mautino